# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**MORRIS LYNN JOHNSON**                                                                               **PETITIONER**
**REG #01798-135**

v.                              **CASE NO. 2:14CV00016 BSM**

**ANTHONY HAYNES, Warden,**
**FCI Forrest City Medium**                                                                             **RESPONDENT**

## JUDGMENT

Consistent with the order entered this day, the petition is hereby dismissed without prejudice.

IT IS SO ORDERED this 1st day of April 2015.

_____
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MORRIS LYNN JOHNSON                                                                         PETITIONER
REG #01798-135

vs.                              Case No. 2:14-cv-00016-BSM-JTK

ANTHONY HAYNES, Warden,
FCI Forrest City Medium                                                                      RESPONDENT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE